

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00378-CV

_____

IN RE ONE CHOICE PHYSICIANS CORP AND ALLEGIANT CARE
PHYSICIANS GROUP, Relators

---

Original Proceeding
96th District Court of Tarrant County, Texas
Trial Court No. 096-354970-24

---

Before Wallach, Kerr, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of injunction, the record, real parties in interest's response, and relators' reply and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of injunction is denied.

Per Curiam

Delivered: September 11, 2024